# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 23-35052

**Case Name:** Olsen v. Becerra

**Hearing Location (*city*):** Seattle

**Your Name:** James Pistorino

List the sitting dates for the two sitting months you were asked to review:

December 4-8
March 25-29

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** /s James Pistorino    **Date:** 8/16/23

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 32    *New 12/01/2018*